UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Strike 3 Holdings, LLC

          Plaintiff,

v.

          Case No.: 1:21−cv−04002
          Honorable John Robert Blakey

John Doe subscriber assigned IP address 24.13.254.151

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 23, 2021:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motion for leave to serve a third party subpoena prior to Rule 26(f) conference [6]. Such early discovery is generally allowed only under limited circumstances. See, e.g., Fed. R. Civ. P. 26(d); Dallas Buyers Club, LLC v. Does 1−28, No. 14 C 4927, 2014 WL 3642163, at *2 (N.D. Ill. July 22, 2014). Here, the Court finds that good cause exists to allow plaintiff to obtain discovery prior to the conference. Plaintiff may cause a subpoena to be issued to Comcast Cable to obtain the name and address of the defendant identified by the referenced IP address. This order is without prejudice to the defendant or Comcast moving to quash the subpoena on any available ground. Plaintiff shall file a status report by 10/1/21 using the model template set forth in this Court's standing order regarding Initial (or Reassignment) Status Conferences. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.